# INVOICE

**US LEGAL SUPPORT**
The Power of Commitment.
p: 877.479.2484
f: 877.876.9330

William M. Fennell, Esquire
Nicoletti, Hornig & Sweeney
Wall Street Plaza
88 Pine Street
New York, NY 10005

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 250933 | 4/13/2015 | 140228 |
| Job Date | | Case No. |
| 3/17/2015 | | |
| Case Name | | |
| Laptopplaza Inc. v. Starr Indemnity | | |
| Payment Terms | | |
| Due upon receipt | 28.73 | |

INV 31122

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Jack Rosmarin | 146.00 Pages | 511.00 |
| Exhibit | 202.00 Pages | 60.60 |
| Condensed Transcript - Complimentary | | 0.00 |
| E-Transcript - Complimentary | | 0.00 |
| E-CD Litigation Package | | 39.00 |
| Processing & Handling | | 35.00 |
| Shipping - Complimentary | | 0.00 |
| **TOTAL DUE >>>** | | **$645.60** |
| AFTER 5/28/2015 PAY | | $710.16 |

Reference No. : 1196311
Deposition held in Aventura, FL

Thank you for your business!

posted 1945

Paid as of 6/3/15

Invoices not paid by due date will be subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238                                     Phone: 212-220-3830   Fax: 212-220-3780

*Please detach bottom portion and return with payment.*



NICOLETTI HORNIG & SWEENEY
NY OPERATING

EXTRAVANTAGE FOR BUSINESS
Statement of Account  ****
Account Number 005-81654-8

July 1, 2015 - July 31, 2015
Page 3 of 11

**NUMBERED CHECKS:**

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|

\* GAP IN PAID CHECK SEQUENCE

**OTHER ITEMS:**

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|



Paid: 07/13    Amt:    $645.60  Check #:    29595