# INVOICE

**US LEGAL SUPPORT**
*The Power of Commitment.*
p: 877.479.2484
f: 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 256858 | 6/17/2015 | 146607 |
| Job Date | Case No. | |
| 6/3/2015 | | |

| Case Name |
|---|
| Laptoplaza Inc. v. Starr Indemnity |

| Payment Terms |
|---|
| Due upon receipt |

John Nicoletti, Esquire
Nicoletti, Hornig & Sweeney
Wall Street Plaza
88 Pine Street
New York, NY 10005

*F&# 28.73* ✓

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Frank Reilly | 170.00 Pages | 595.00 |
| Exhibit | 206.00 Pages | 61.80 |
| Condensed Transcript - Complimentary | | 0.00 |
| E-Transcript - Complimentary | | 0.00 |
| Litigation Support Package/eCD | | 39.00 |
| Processing & Handling | | 25.00 |
| Shipping - Complimentary | | 0.00 |
| | **TOTAL DUE >>>** | **$720.80** |
| | AFTER 8/1/2015 PAY | $792.88 |

Thank you for your business!

*NHS # 31369*
*7/15/15*
*Pd as of 8/3/15*

*V1949 NY / Court Reporting*

**Tax ID:** 76-0523238

Phone: 212-220-3830   Fax: 212-220-3780

*Please detach bottom portion and return with payment.*



NICOLETTI HORNIG & SWEENEY
NY OPERATING

EXTRAVANTAGE FOR BUSINESS
Statement of Account
Account Number 005-81654-8

****

September 1, 2015 - September 30, 2015
Page 3 of 10





Paid: 09/01    Amt:    $2,494.80  Check #:    29822

