*Nicole Canak ~~a~~ Email 3/3/16 5:40 pm*

# US LEGAL SUPPORT
The Power of Commitment.

p: 877.479.2484
f: 877.876.9330

William M. Fennell, Esquire
Nicoletti, Hornig & Sweeney
Wall Street Plaza
88 Pine Street
New York, NY 10005

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 258219 | 7/6/2015 | 146612 |
| Job Date | Case No. | |
| 6/18/2015 | 1:14-CV-07968(NRB) | |
| Case Name | | |
| Laptopplaza, Inc. v. Starr Indemnity & Liability Co. | | |
| Payment Terms | | |
| Due upon receipt | | |

*28.73*

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Dennis Stabile | 98.00 Pages | 343.00 |
| Exhibit | 7.00 Pages | 2.10 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Tony Galindo | 91.00 Pages | 318.50 |
| Litigation Support Package/eCD | | 39.00 |
| Minuscript/Condensed Transcript | | 27.50 |
| Handling, Processing & Archiving | | 35.00 |
| Shipping/Delivery | | 20.00 |

*✓ #785.10*
*INV 32617*

TOTAL DUE >>>   $785.10
AFTER 8/20/2015  PAY   $863.61

Reference No. : 1221012
Thank you for your business!

*Pd*

(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   78.51
(=) New Balance:   863.61

*1099*

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238

Phone: 212-220-3830   Fax:212-220-3780



NICOLETTI HORNIG & SWEENEY
NY OPERATING

EXTRAVANTAGE FOR BUSINESS
Statement of Account
Account Number 005-81654-8

July 1, 2016 - July 29, 2016
Page 7 of 8





Paid: 07/27   Amt:   $785.10   Check #:   31044